UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIYA NARANG,
                Plaintiff,

-v-

TROY ARMOUR, *et al.*,
                Defendants.

24-CV-1125 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 20, 2024, the Court ordered Plaintiff Priya Narang to show cause by March 7, 2024 as to why the complaint should not be dismissed for lack of subject matter jurisdiction. (ECF No. 3.) On March 11, 2024, the Court dismissed the action, as Plaintiff had not filed anything in response to the Court's order to show cause. (ECF No. 9.) On March 13, 2024, Plaintiff filed a motion for reconsideration of the Court's order of dismissal and appended an amended complaint. (ECF No. 10.)

The Court grants Plaintiff's motion and hereby reopens the case. Plaintiff is directed to file the amended complaint as a separate entry on the docket within 7 days of the issuance of this Order.

The Court also notes and reminds Plaintiff that if Defendant Junk Kouture Entertainment and Media Group Limited LLC is indeed an LLC—that is, an entity with "members"—and not an Irish corporation, it will be necessary for Plaintiff to identify each member of the LLC to ensure that there is complete diversity between Plaintiff and Defendants for purposes of subject matter jurisdiction. (*See* ECF No. 3 at 2.) Plaintiff's counsel can address that issue in the letter to be submitted prior to the Initial Pretrial Conference pursuant to this Court's Individual Rule

3(I), and, if necessary, Plaintiff may seek jurisdictional discovery about the Defendant entities' citizenship.

The Clerk of Court is directed to reopen this case and to close the motion at ECF No. 10.  The Clerk is further directed to permit the filing of an amended complaint.

SO ORDERED.

Dated: March 28, 2024
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge