UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PRIYA NARANG, | : |
|          Plaintiff, | : Case No. 1:24-cv-1125 (JOC) |
| v. | : |
| TROY ARMOUR, JUNK KOUTURE OPERATIONS IRELAND LTD, JUNK KOUTURE ENTERTAINMENT AND MEDIA GROUP LIMITED, JUNK KOUTURE LIMITED, JUNK KOUTURE PRODUCTION LIMITED, | : |
|          Defendants. | : |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Declaration of Richard M. Reice dated December 6, 2024 and the exhibits thereto, the Declaration of Priya Narang dated December 6, 2024 and the exhibit thereto, the memorandum of law in support, and all prior pleadings and proceedings in this action, Plaintiff, by its undersigned counsel, will move this Court at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, before the Honorable J. Paul Oetken, on a date to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 15(d), supplementing Plaintiff's Amended Complaint to include additional damages accruing subsequent to the filing of this action.

Dated: December 6, 2024

                                        Respectfully submitted,

                                        STERLINGTON, PLLC
                                        By: /s/ Richard M. Reice
                                        Richard M. Reice
                                        Eric Small
                                        One World Trade Center, 85th Floor
                                        New York, New York 10007
                                        Tel: (212) 433-2993
                                        Email: richard.reice@sterlingtonlaw.com
                                        Email: eric.small@sterlingtonlaw.com
                                        *Attorneys for Plaintiff*