```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/04/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PRIYA NARANG,

                              Plaintiff,

       -against-

TROY ARMOUR, et al.,

                              Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**24-CV-1125 (JPO)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Pre-settlement telephone conference in this matter will be held on **Monday, June 16, 2025 at 4:00 p.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date.

      **SO ORDERED.**

Dated: June 4, 2025
       New York, New York

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge