UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRIYA NARANG,

                                    Plaintiff,

              -against-

TROY ARMOUR, et al.,

                                    Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/13/2025
```

**24-CV-1125 (JPO)**

**ORDER ADJOURNING PRE-
SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation on June 13, 2025 that this matter has been settled,

the Pre-Settlement Conference currently scheduled for **Monday, June 16, 2025 at 4:00 p.m.** is

hereby adjourned *sine die*.  The parties shall file a stipulation of dismissal with the Court **by July**

**11, 2025.**

        SO ORDERED.

Dated: June 13, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge